UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re    Case No. 13–31965
         Chapter 13

Melody Dean Acreman

    Debtor

# ORDER

This case is before the court on the following matter:

*25* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Christopher Lawrence Stanfield on behalf of Melody Dean Acreman. Responses due by 02/21/2014. (Attachments: # 1 Amended Chapter 13 Plan) (Stanfield, Christopher)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 24th day of February, 2014.

    /s/ Honorable Dwight H. Williams Jr.
    United States Bankruptcy Judge